No. 472. UNITED RAILROAD OPERATING CRAFTS ET AL. *v.* WYER, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion certiorari should be granted. *Edward J. Fruchtman* and *Richard F. Watt* for petitioners. *William J. O'Brien* for Wyer; *Edward R. Brumley* for the New York, New Haven & Hartford Railroad Co.; *Shad Polier, Millard L. Midonick, Clifford D. O'Brien* and *Ruth Weyand* for the Brotherhood of Locomotive Engineers, and *Mr. Polier, Mr. Midonick, Harold C. Heiss* and *Russell B. Day* for the Brotherhood of Locomotive Firemen and Enginemen; and *Bernard L. Alderman* for the Brotherhood of Railroad Trainmen, respondents. ▇

No. 513. UNITED RAILROAD OPERATING CRAFTS ET AL. *v.* NORTHERN PACIFIC RAILWAY CO. ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion certiorari should be granted. *Clifford Hoof* for petitioners. *M. L. Countryman, Jr.* for the Northern Pacific Railway Co.; and *DeWitt Williams* for the Brotherhood of Railroad Trainmen, respondents.

No. 548. UNITED RAILROAD OPERATING CRAFTS ET AL. *v.* PENNSYLVANIA RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion certiorari should be granted. *Edward J. Fruchtman* and *Richard F. Watt* for petitioners. *Melvin L. Griffith* and *Edward B. Henslee* for the Brotherhood of Railroad Trainmen, respondent.